

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 23-cr-1970-TWR |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL AS TO DEFENDANT ELIZABETH SAMANIEGO JIMENEZ WITHOUT PREJUDICE** |
| v. | |
| ELIZABETH SAMANIEGO JIMENEZ (2), | |
| Defendant. | |

On November 16, 2023, the United States moved to dismiss the information as to defendant Elizabeth Samaniego Jimenez. Pursuant to Federal Rule of Criminal Procedure 48(a), the Information in the above-captioned case as to defendant Elizabeth Samaniego Jimenez, only, is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 11/16/23

HON. TODD W. ROBINSON
United States District Judge